Carl E. Hueber, WSBA No. 12453
WINSTON & CASHATT, Lawyers
A Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA  99201
Telephone:  (509) 838-6131
ceh@winstoncashatt.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA K. BUCKALEW and BRIAN D. PURKHISER,<br><br>Plaintiffs,<br>vs.<br><br>SUTTELL & HAMMER, P.S.,<br><br>Defendant. | No.   CV-10-3002-LRS<br><br>DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED CLASS-ACTION COMPLAINT |

Defendant, Suttell & Hammer, PS (hereinafter referred to "Suttell") answers the Second Amended Class-Action Complaint as follows:

1. Suttell admits that this is a case under the Fair Debt Collection Practices Act. The balance of the allegations in paragraph 1 are legal conclusions to which no answer is required.

2. No answer is required to paragraph 2 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
--  1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

3. No answer is required to paragraph 3 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

4. No answer is required to paragraph 4 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

5. Suttell is without sufficient knowledge to admit or deny the allegations in paragraph 5 and, therefore, denies them.

6. Suttell is without sufficient knowledge to admit or deny the allegations in paragraph 6 and, therefore, denies them.

7. No answer is required to paragraph 7 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

8. No answer is required to paragraph 8 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

9. Admitted.

10. Admitted.

11. No answer is required to paragraph 11 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

12. Admitted.

13. No answer is required to paragraph 13 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
-- 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

14. Admitted.

15. Admitted. By way of further answer, the attached Affidavit is covered by the October 27, 2009 letter to the plaintiff that states: "The creditor has requested suit on this account and the Affidavit has been provided by our client for suit purposes. We are providing you a copy of this Affidavit for verification purposes. At this time, suit has not been initiated."

16. Admitted. By way of further answer, the attached Affidavit is covered by the October 27, 2009 letter to the plaintiff that states: "The creditor has requested suit on this account and the Affidavit has been provided by our client for suit purposes. We are providing you a copy of this Affidavit for verification purposes. At this time, suit has not been initiated."

17. Admitted.

18. Admitted. By way of further answer, the attached Affidavit is covered by the June 14, 2010 letter to the plaintiff that states: "The creditor has requested suit on this account and the Affidavit has been provided by our client for suit purposes. We are providing you a copy of this Affidavit for verification purposes. At this time, suit has not been initiated."

19. Admitted. By way of further answer, the attached Affidavit is covered by the June 14, 2010 letter to the plaintiff that states: "The creditor has requested suit on this

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
-- 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

account and the Affidavit has been provided by our client for suit purposes. We are providing you a copy of this Affidavit for verification purposes. At this time, suit has not been initiated."

20. The language set forth in the Affidavit speaks for itself. To the extent the allegations in paragraph 20 contain legal conclusions, no answer is required. Suttell admits that the Affidavit contains the language that is in the Affidavit.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. No answer is required to paragraph 25 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

26. Denied.

27. No answer is required to paragraph 27 of the Second Amended Class-Action Complaint as the allegations thereof contain legal conclusions.

28. Denied.

29. Denied.

30. Denied.

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
-- 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

31. Denied. No answer is required to the allegations set forth in paragraph 31 that contain legal conclusions.

32. Denied.

33. Answering the allegations contained in paragraph 33 of the Second Amended Class-Action Complaint, defendant does not possess sufficient information to form a belief as to the truth of the allegations and, therefore, denies them.

34. Denied.

35. Denied.

36. Denied.

37. Answering the allegations contained in paragraph 37 of the Second Amended Class-Action Complaint, defendant does not possess sufficient information to form a belief as to the truth of the allegations and, therefore, denies them.

38. Denied.

39. Denied.

40. No answer is required as this allegation merely states that the plaintiffs have demanded a jury trial.

41. Denied.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO SECOND AMENDED CLASS-ACTION COMPLAINT -- 5

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

## AFFIRMATIVE DEFENSES

For further answer to the Second Amended Class-Action Complaint, and by way of affirmative defenses thereof, Suttell alleges the following affirmative defenses:

1. The parties have entered into an agreement to settle plaintiff Buckalew's claim. Defendant has performed all of its obligations under this agreement. This claim is barred by the doctrine of accord and satisfaction.

2. Plaintiffs' claims, in whole or in part, fail to state claims upon which relief can be legally granted against defendant.

3. Any technical violations of the FDCPA proven by the plaintiffs will not support an award of attorney fees without establishment of actual or additional damages.

4. Any cause of action of the plaintiffs is barred by the running of the applicable statute of limitations.

5. Suttell is not liable for any alleged violations under the FDCPA as it is shielded by the bona fide error defense, 15 USC §1692(k)(c). To the extent a violation of state or federal law took place, which Suttell denies, said violation was not intentional and resulted from a bona fide error that occurred notwithstanding the maintenance of procedures reasonably adopted to avoid such errors.

6. Plaintiffs' claims are barred by the doctrines of estoppel, res judicata, laches, and unclean hands.

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
-- 6

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

7. Plaintiffs' claims are barred by 28 USC §1738, which requires this court to give the same legal effect to Washington court decisions that are given in Washington.

8. Plaintiffs' claims are barred by common law principles of comity among courts of claims, preclusion and issues preclusion.

9. Plaintiffs' claims are barred under the Rooker-Feldman doctrine as an impermissible appeal of a state court action.

10. Plaintiffs' claims are barred or limited to the extent plaintiffs have not opted to mitigate their damages, if any.

11. Plaintiffs may have waived any and all claims against Suttell.

12. Suttell specifically invokes any and all applicable caps or other limits on damages, whether it is to the plaintiffs individually or to any purported class.

13. The actual damages or other appropriate relief, if any, of any purported class members, are individual rather than through utilization of class action procedure.

14. Suttell is entitled to all defenses, presumptions, and inferences provided by the FDCPA, 15 USC §1692 et. seq.

15. Suttell reserves the right to seek amendment of these pleadings to assert additional answers, affirmative defenses, counterclaims, or third-party claims justified by the facts of this case as learned in discovery, and/or abandon those which are not supported by the facts.

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
-- 7

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

WHEREFORE, Suttell prays for the following relief:

1. That the Second Amended Class-Action Complaint be dismissed and that judgment be entered in Suttell's favor on the allegations stated therein.

2. That Suttell receives its costs of suit and disbursements incurred herein, including attorney fees and costs, as allowed by law.

3. That Suttell be granted leave to amend its pleadings to assert additional answers, affirmative defenses, counterclaims, cross-claims or third-party claims justified by the facts of this case as learned in discovery and/or abandon those which are not supported by the facts.

4. That no declaratory relief or injunctive relief be made available to the plaintiffs.

5. That Suttell receive such other and further relief as the court deems just and proper.

DATED this 20th day of October, 2010.

s/Carl E. Hueber, WSBA No. 12453
WINSTON & CASHATT
Attorneys for Defendant
601 W. Riverside Ave.
1900 Bank of America Financial Center
Spokane, WA 99201
(509) 838-6131
E-mail Address: ceh@winstoncashatt.com

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
--  8



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to attorneys for plaintiffs and that a copy was sent via US Mail, postage prepaid to Noah Radbil at the address shown below:

Aaron Radbil     aradbil@attorneysforconsumers.com

Jon N Robbins    jrobbins@attorneysforconsumers.com, jonrobbins@mac.com, klarson@attorneysforconsumers.com, mmeyers@attorneysforconsumers.com

Noah Radbil     haack@camarasibley.com
5925 Almeda Road, #818
Houston, TX  77004

s/Carl E. Hueber, WSBA No. 12453
WINSTON & CASHATT, LAWYERS
A Professional Service Corporation
Attorneys for Defendant
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
E-mail Address:  ceh@winstoncashatt.com

186452

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES TO SECOND
AMENDED CLASS-ACTION COMPLAINT
-- 9

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131