# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DONNA K. BUCKALEW AND BRIAN D. PURKHISER**, | ) No. CV-10-3002-LRS )  ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| **SUTTELL & HAMMER, PS,** | ) ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' Joint Motion to Dismiss With Prejudice Pursuant to Settlement, (Ct. Rec. 114) is hereby **GRANTED**.

DATED this 6th day of December, 2010.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Chief United States District Judge